**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V** | § | **NO:  4:13-CR-222-O** |
| | § | |
| **NEELY BREANN TURLEY      (17)** | § | |

---

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**
**CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections thereto having been filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and **NEELY BREANN TURLEY** is hereby adjudged guilty. Sentence will be imposed in accordance with the Court's scheduling order.


SIGNED this 4th day of March, 2014.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**